UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| _____ <br> **DEBBIE L. QUIST** ) <br> ) <br> **Plaintiff** ) <br> ) <br> **vs.** ) <br> ) <br> **PORTFOLIO RECOVERY** ) <br> **ASSOCIATES, LLC** ) <br> **A WHOLLY-OWNED** ) <br> **SUBSIDIARY OF PORTFOLIO** ) <br> **RECOVERY ASSOCIATES, INC.** ) <br> ) <br> **Defendant** ) <br> _____) | **Case Number 2:12-cv-05705-SD** <br><br><br><br><br><br> **STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

AND NOW, this 15th day of February 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant that the above captioned matter be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff


Maurice & Neddleman, PC

BY: /s/ *Shannon P. Miller*
Shannon P. Miller, Esquire
Attorney for Defendant